ACCEPTED
12-15-00137-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/30/2015 2:34:37 PM
Pam Estes
CLERK

# IN THE COURT OF APPEALS
## TWELFTH SUPREME JUDICIAL DISTRICT

MICHAEL VINCENT MOORE          §

§

VS.                            §

§

THE STATE OF TEXAS             §

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/30/2015 2:34:37 PM
NOS. 12-15-00137-CR
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief. As grounds therefore, the State shows the Court the following:

1.    The trial court: 294th Judicial District Court

2.    The number and style of the case in the trial court: Cause No. CR13-00337; The State of Texas vs. Michael Vincent Moore;

3.    The offense for which the appellant was convicted: Capital Murder

4.    The punishment assessed: Life without parole tdcj-id;

5.    The present deadline for filing the State's brief: October 30, 2015

6.    The length of time requested for an extension: 30 days

7.    The number of extensions previously granted: 0

8.    The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

RICHARD A. SCHMIDT

has been charged with murder. Due to the foregoing reasons, I have been unable to complete the State's brief in the time allotted ."

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the _____ day of _October_ , _2015_ .

_____
Notary Public in and for
The State of Texas

VICKY A PIERCE
Notary Public
STATE OF TEXAS
My Comm. Exp. November 2, 2015

My Commission Expires: 11-2-15

## CERTIFICATE OF SERVICE

I, Richard A. Schmidt, do hereby certify that a true and correct copy of the foregoing instrument was served on Appellant's Attorney of Record, John Scott, on the 30th Day of October, 2015.

_____
RICHARD A. SCHMIDT

Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24043907
ATTORNEY FOR THE STATE

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

RICHARD A. SCMIDT, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause.

The State's request for an extension of time is based upon the following facts:

I am one of five prosecutors, including the elected District Attorney, in the

Van Zandt County Criminal District Attorney's office. This office is without

designated appellate attorney's; therefore, I was assigned to complete the

State's brief. In addition to my normal felony prosecution duties I am also

responsible for adminstrative and supervisory duties. For a significant

portion of this deadline period, the elected Criminal District Attorney was on

paternity leave, leaving me as senior prosecutor responsible for my normal

duties as well as additional administrative duties normally attended to by the

District Attorney. Further, I have been in the process of preparing for trial in

the State of Texas V. Delano Garcia, No. CR13-00333 wherein the defendant